FILED
2019 Oct-04 AM 08:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 2:19-cr-0360-AKK |
| | ) |
| CHICO MUNTEZ TATE, | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's Motion to Suppress Evidence, doc. 12. The magistrate judge filed a report recommending that the court deny Defendant's motion, *see* doc. 17, and the Defendant has timely objected, *see* doc. 29. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's Motion to Suppress Evidence, doc. 12, is **DENIED.**

Done this the 4th day of October, 2019.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE